Law Offices
RICHARD L. MOSER
Post Office Box 899
Mariposa, California 95338-0899
209/966-5144
California Bar No. 42328

*Attorney for Plaintiff JESSE GARCIA*

Helen M. McFarland
**COZEN O'CONNOR**
999 SW 3rd Ave, Suite 1900
Seattle, WA 98104
Tel: 206-373-7231
California Bar No. 231501

*Attorneys for Defendant*
*CARGILL MEAT SOLUTIONS*
*CORPORATION*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GARCIA,                                )<br>                                                         )<br>                  Plaintiff            )<br>                                                         )<br>v.                                                    )<br>                                                         )<br>                                                         )<br>                                                         )<br>CARGILL MEAT SOLUTIONS       )<br>CORP., a California corporation,  )<br>et al.,                                              )<br>                                                         )<br>                  Defendants       )<br>_____) | Case No. 1:16-CV-01138-DAD-BAM<br><br><br>STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO CONTINUE 1/17/17 SCHEDULING CONFERENCE<br><br>Date: January 17, 2017<br>Courtroom: 8<br><br>BARBARA McAULIFFE,<br>U.S. Magistrate Judge |

Plaintiff JESSE GARCIA ("Plaintiff") and Defendant CARGILL MEAT SOLUTIONS CORPORATION ("Defendant") (collectively "the Parties") hereby STIPULATE, AGREE, and JOINTLY REQUEST, by and through their counsel of record, the following:

1. This Court set a telephonic Scheduling Conference on January 17, 2017 before the Honorable Judge McAuliffe;

2. The Parties were supposed to submit a Joint Scheduling Conference Statement by January 10, 2017, but inadvertently failed to do so; and

3. The Parties need additional time to prepare a Joint Scheduling Conference Statement for consideration by the Court.

Therefore, Plaintiff and Defendant jointly request that this Court continue the Joint Scheduling Conference, currently set for January 17, 2017 at 9:30 a.m. to January 31, 2017 at 9:30 a.m. or to a date subsequent to that date at the court's convenience.

Dated: January 12, 2017

_____
RICHARD L. MOSER
Attorney for Plaintiff, JESSE GARCIA
Post Office Box 899
Mariposa, California 95338
California State Bar No. 42328
209/966-5144

Dated: January 12, 2017          By: _____
HELEN M. McFARLAND
One of the attorneys for Defendant,
CARGILL MEAT SOLUTIONS CORPORATION
COZEN O'CONNOR
999 SW 3rd Ave, Suite 1900
Seattle, Washington 98104
California State Bar No. 231501
206/373-7231

# **ORDER**

Based on the above Stipulation of the Parties, the Court hereby continues the Scheduling Conference from January 17, 2017 at 9:30 a.m. to **January 31, 2017 at 9:30 AM** before Judge McAuliffe. The Parties will be allowed to appear via telephonic appearance by <u>each party</u> to use the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

Dated**:   January 13, 2017**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE