1
2
3
4
5
6
7
8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11   JESSE GARCIA,                          )   Case No.: 1:16-cv-01138-DAD-BAM
                                            )
12             Plaintiff,                   )
                                            )   ORDER CONTINUING MANDATORY
13        v.                                )   SCHEDULING CONFERENCE
                                            )
14                                          )   **Date:  July 25, 2017**
15   CARGILL MEAT SOLUTIONS                 )   **Time:  9:30 AM**
     CORPORATION,                           )   **Dept.:  Courtroom 8 (BAM)**
16                                          )
17             Defendant.                   )
                                            )
18   _____)

19        On May 3, 2017, the Court held a brief status conference in this matter.  Plaintiff Jesse Garcia

20   appeared in person on his own behalf, and Defendant Cargill Meat Solutions Corporation appeared by

21   telephone through counsel, Helen McFarland.  Based on Plaintiff's representation that he is attempting

22   to retain counsel, and as discussed on the record, Plaintiff will be granted additional time to secure

23   legal counsel and the Scheduling Conference will be continued.

24        Accordingly, IT IS HEREBY ORDERED as follows:

25        1.  Plaintiff is granted an additional sixty (60) days to secure counsel.  The deadline for

26             Plaintiff to obtain counsel, if any, and file a notice of appearance is **July 7, 2017**;

27

28

1

2. The Scheduling Conference originally set for May 3, 2017, is CONTINUED to **July 25, 2017, at 9:30 a.m. in Courtroom 8 (BAM)** before United States Magistrate Judge Barbara A. McAuliffe.

3. A Joint Scheduling Report, carefully prepared and executed by all counsel/pro se parties, shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference, and shall be e-mailed in Word format to [bamorders@caed.uscourts.gov](mailto:bamorders@caed.uscourts.gov).

4. The parties may appear at the conference in person or by telephone with each party using the following dial-in number and passcode:  dial-in:  1-877-411-9748; passcode:  3190866.

IT IS SO ORDERED.

Dated:   __**May 3, 2017**__                         _____/s/ Barbara A. McAuliffe_____
                                                      UNITED STATES MAGISTRATE JUDGE